

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

John J. McConnell, Jr.
UNITED STATES DISTRICT JUDGE

PHONE 401-752-7020
FAX 401-752-7029
E-MAIL JUDGE_MCCONNELL@RID.USCOURTS.GOV

March 10, 2017

Mr. Richard Paiva
ID# 86429
P.O. Box 8200
Cranston, RI 02920

Re: 17-mc-14-M

Dear Mr. Paiva:

I have reviewed your appeal of Magistrate Judge Lincoln D. Almond's decision (letter dated, January 26, 2017) to reject your filing of a "Motion for Further Relief" in a decades old closed federal case.

Magistrate Judge Almond's explanation for rejecting the filing is correct. Moreover, a review of your proposed motion establishes that you lack standing to assert a claim concerning any non-court approved changes in the Morris Rules.

Very truly yours,

John J. McConnell, Jr.

cc. Magistrate Judge Lincoln D. Almond