Richard Paiva, 86429
P.O. Box 8273
Cranston, RI 02920

FILED
2017 APR 24  A 11: 47
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

April 18, 2017

RE: 17-MC-14-M, Paiva v. Wall

Dear Clerk:

I respectfully request a copy of my civil docket sheet for the above-captioned case.

In advance, thank you very much.

Sincerely,

Richard Paiva

Richard Paiva, 86429
P.O. Box 8273
Cranston, RI
02920

U.S. District Court
One Exchange Terrace
Providence, RI
02903

