# United States Court of Appeals
## For the First Circuit

_____

No. 17-1375

IN RE: RICHARD LEE PAIVA

Petitioner - Appellant

_____

**JUDGMENT**

Entered: October 6, 2017
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of petitioner's unopposed motion, it is hereby ordered that this case be voluntarily dismissed.

Mandate to issue forthwith.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Richard Lee Paiva