United States District Court
For The District of Rhode Island

Joseph Morris

V.  C.A. No.: 4192,
              5280

Anthony Travisono

Richard Paiva

V.  C.A. No.: 17-014-JJM

R.I. Dept. of Corrections

## Amended Motion For Further Relief; Motion For Contempt

Now comes the petitioner, Richard Paiva, and hereby pursuant to Rules 70 and 71 of the Federal Rules of Civil Procedure, 28 U.S.C. 2202, and 18 U.S.C. 401, moves this Honorable Court to either adjudge the defendant in contempt and issue coercive sanctions for violating the consent decree and permanent injunction issued by this Court in the above-entitled action; or to issue a supplementary

order for further relief.

The reasons and grounds are set forth in the attached memorandum of law in support of this motion.

Respectfully submitted,

Richard Paiva
Richard Paiva, pro se
ACI-High Security Center
P.O. Box 8200
Cranston, RI 02920

## Certification

I hereby certify that I sent a true copy of the within, on this 21st day of January, 2019, to the following:

Dept. of Corrections
Attn: Michael Grant, Esq.
40 Howard Avenue
Cranston, RI
02920

Richard Paiva
Richard Paiva,
pro se

(2)