**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD PAIVA**<br>*Plaintiff* | : | |
| **v.** | : | **C.A. 17-14-JJM** |
| **RHODE ISLAND DEPARTMENT OF CORRECTIONS**<br>*Defendant* | : | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

Now come Defendant and hereby respectfully moves for leave to file a supplemental memorandum to its response to this Court's order filed on January 28, 2019.

Respectfully submitted,
DEFENDANT,
By its Attorney,
MICHAEL B. GRANT

*/s/ Michael B. Grant*

Michael B. Grant, Bar No. 3864
Deputy Chief Legal Counsel
40 Howard Avenue
Cranston, RI 02920
Tel: (401) 462-2910
Fax: (401) 462-2910

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Motion for Extension of Time was mailed, via first-class mail, postage prepaid, on this 1st day of March, 2019, to the following:

**Richard Paiva, Pro Se**
Department of Corrections
P.O. Box 8200
Cranston, RI 02920

/S/ Michael B. Grant

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD PAIVA** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **v.** | : | **C.A. 17-14-JJM** |
| | : | |
| **RHODE ISLAND DEPARTMENT OF** | : | |
| **CORRECTIONS** | : | |
| ***Defendants*** | | |

**<u>DEFENDANT'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM</u>**

Defendant wishes to present additional arguments to those submitted with this Court on January 28, 2019, in support of why this Honorable Court should not entertain Plaintiff's motion which alleges a violation of the *Morris* injunction. If permitted, Defendant shall file a supplemental memorandum no later than March 13, 2019.

R.I. DEPARTMENT OF CORRECTIONS,
By its Attorney,

*/s/ Michael B. Grant*
__________________

Michael B. Grant, Esquire (#3864)
R.I Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
TEL: (401) 462-0145
FAX: (401) 462-2583

**<u>CERTIFICATION</u>**

I hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. On 3/1/19, I have also caused a copy to be mailed to:

Richard Lee Paiva, pro se
ACI – High Security Center
P.O. Box 8200
Cranston, RI 02920

*Michael B. Grant*
____________________________