United States District Court
For The District of Rhode Island

FILED

Richard Paiva

2019 APR -2 A 10: 54

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

V.                    C.A. NO.: 17-014-JJM

R.I. Dept. of Corrections

## Second Amendment/Supplement To Plaintiff's First Amended Motion For Further Relief; Motion For Contempt

Now comes the plaintiff, Richard Paiva, and hereby moves this Honorable Court to amend/supplement, for the last time, the claims and relief requested in his first amended/supplemental Motion For Further Relief; Motion For Contempt; as follows:

Between January 24, 2014 and January 8, 2018, plaintiff was brought before a single person disciplinary hearing, on multiple occasions, and convicted of twenty-one (21) infractions, in direct violation of his right to be heard by a three (3) member board pursuant to the "Morris Rules". See Exhibit 1, pages 1-4.

## Relief Requested

K. Enter a declaration declaring that the R.I. Dept. of Corrections violated the plaintiff's rights under the "Morris Rules", when the plaintiff was convicted of twenty-one (21) separate disciplinary infractions between January 24, 2014 and January 9, 2018, by a single hearing officer, and not by a three (3) member board as is required/mandated by the "Morris Rules".

L. Order further relief in this matter by vacating and expunging the twenty-one (21) disciplinary convictions from his institutional record, identified and described in Exhibit 1 herewith.

Respectfully Submitted,

Richard Paiva

Richard Paiva, pro se
ACI-High Security
P.O. Box 8200
Cranston, RI 02920

(2)

## Certification

I hereby certify that I sent a true copy of the within, on this 28th day of March, 2019, to the following:

Michael Grant, Esq.
40 Howard Avenue
Cranston, RI
02920

*Richard Paiva*
Richard Paiva,
pro se

# EXHIBIT 1

```
DISP006.rpt           R.I. DEPARTMENT OF CORRECTIONS          DATE: 12/31/2018

                     INMATE DISCIPLINE HISTORY REPORT         PAGE  03

ID: 086429  RICHARD L PAIVA          HS  LOC: A A16B     D.O.B. 10/10/1972

   LGT    BOOK--DATE  FINDING    FIND--DATE   ------INMATE APPEAL------         --SEVERITY CODES--
          INFRACTION(S)                       BOARD ACTION

          01/23/2014  GUILTY     01/24/2014   YES   DISMISSE   01/28/2014            HIGH
          Making Verbal Threats (General threatening stateme


          03/09/2014  GUILTY     03/11/2014   YES   DENIED     03/19/2014            HIGH
          Swearing, Cursing, Using any Vulgar, Abusive, Inso
                                                              20 DAYS DISCIPLINARY CONFINEMENT
    0                                                         20 DAYS LOSS OF GOOD TIME



          07/24/2014  GUILTY     07/25/2014   YES   APPROVED   07/31/2014            HIGHEST(NON-PREDATOR
          Hoarding Medication
                                                              23 DAYS DISCIPLINARY CONFINEMENT
                                                              30 DAYS LOSS OF VISITS
    0                                                         23 DAYS LOSS OF GOOD TIME



          07/24/2014  GUILTY     07/25/2014   YES   APPROVED   07/31/2014            HIGH
          POSESSING Category 1 Contraband
                                                              20 DAYS DISCIPLINARY CONFINEMENT
    0                                                         20 DAYS LOSS OF GOOD TIME



          01/29/2015  GUILTY     01/30/2015   YES   DENIED     02/03/2015            HIGH
          Failing to Comply with Mail Procedures
                                                              20 DAYS DISCIPLINARY CONFINEMENT
    0                                                         20 DAYS LOSS OF GOOD TIME



          01/28/2015  GUILTY     01/30/2015   YES   DENIED     02/03/2015            MODERATE
          Possessing Another Inmate's Legal Material
                                                              10 DAYS LOSS OF PRIVILEGES
    0                                                         10 DAYS LOSS OF GOOD TIME



          09/22/2015  GUILTY     09/25/2015   YES   DENIED     10/05/2015            MODERATE
          Disobeying a Lawful Order Not Pertaining to Custod
                                                               0 DAYS LOSS OF JOB
```

```
DISP006.rpt           R.I. DEPARTMENT OF CORRECTIONS            DATE: 12/31/2018

                      INMATE DISCIPLINE HISTORY REPORT          PAGE  04


ID: 086429  RICHARD L PAIVA        HS   LOC: A A16B       D.O.B. 10/10/1972

    LGT    BOOK--DATE  FINDING    FIND--DATE  ------INMATE APPEAL------     --SEVERITY CODES--
           INFRACTION(S)                       BOARD ACTION

           12/04/2015  GUILTY     12/08/2015  YES  DISMISSE   12/08/2015         HIGHEST(NON-PREDATOR
           Fighting (inmate on inmate) that did not involve s


           12/04/2015  GUILTY     12/11/2015  YES  DENIED     12/16/2015         HIGHEST(PREDATORY)
           Assault on an inmate that did not involve serious
                                                              45 DAYS DISCIPLINARY CONFINEMENT
     0                                                        45 DAYS LOSS OF GOOD TIME


           05/05/2016  GUILTY     05/13/2016  YES  DISMISSE   05/18/2016         HIGH
           Disobeying housing unit/area/behavior rules


           05/16/2016  GUILTY     05/26/2016  YES  DISMISSE   06/01/2016         HIGHEST(NON-PREDATOR
           Disobeying a Clearly Stated Order in a Manner that


           05/19/2016  GUILTY     05/26/2016  YES  APPROVED   06/01/2016         HIGHEST(PREDATORY)
           Assault on an inmate that did not involve serious
                                                              60 DAYS DISCIPLINARY CONFINEMENT
     0                                                        60 DAYS LOSS OF GOOD TIME


           07/09/2016  GUILTY     07/12/2016  NO                                 HIGH
           Disobeying a Lawful Order Pertaining to Custody an
                                                              2 DAYS DISCIPLINARY CONFINEMENT
     0                                                        2 DAYS LOSS OF GOOD TIME


           11/22/2016  GUILTY     11/29/2016  NO                                 MODERATE
           PASSING Category 2 Contraband (NOTE: Category 2 Co
                                                              5 DAYS LOSS OF PRIVILEGES
     0                                                        5 DAYS LOSS OF GOOD TIME


           01/19/2017  GUILTY     01/31/2017  YES  DENIED     02/02/2017         HIGHEST(NON-PREDATOR
           Disobeying a Clearly Stated Order in a Manner that
                                                              20 DAYS DISCIPLINARY CONFINEMENT
     0                                                        20 DAYS LOSS OF GOOD TIME
```

```
DISP006.rpt           R.I. DEPARTMENT OF CORRECTIONS            DATE: 12/31/2018
                      INMATE DISCIPLINE HISTORY REPORT          PAGE  05

ID: 086429  RICHARD L PAIVA          HS   LOC: A A16B       D.O.B. 10/10/1972

   LGT    BOOK--DATE  FINDING     FIND--DATE   ------INMATE APPEAL------      --SEVERITY CODES--
          INFRACTION(S)                         BOARD ACTION

          05/13/2017  GUILTY      05/16/2017  YES   DENIED   05/22/2017              MODERATE
          RECEIVING Category 2 Contraband
                                                             5 DAYS LOSS OF PRIVILEGES
    0                                                        5 DAYS LOSS OF GOOD TIME


          05/23/2017  GUILTY      05/26/2017  YES   DENIED   06/05/2017              MODERATE
          Misusing Electronic Equipment and/or Computers and
                                                             5 DAYS LOSS OF PRIVILEGES
    0                                                        5 DAYS LOSS OF GOOD TIME


          06/20/2017  GUILTY      06/23/2017  YES   DENIED   07/03/2017              MODERATE
          POSSESSING Category 2 Contraband
                                                             10 DAYS LOSS OF PRIVILEGES
    0                                                        10 DAYS LOSS OF GOOD TIME


          09/21/2017  GUILTY      09/26/2017  YES   DENIED   09/29/2017                HIGH
          Possessing Unauthorized Currency Over Five Dollars
                                                             20 DAYS DISCIPLINARY CONFINEMENT
    0                                                        20 DAYS LOSS OF GOOD TIME


          10/27/2017  GUILTY      10/31/2017  NO                                     MODERATE
          POSSESSING Category 2 Contraband
                                                             5 DAYS LOSS OF PRIVILEGES
    0                                                        5 DAYS LOSS OF GOOD TIME


          10/27/2017  GUILTY      10/31/2017  YES   DENIED   11/10/2017              MODERATE
          Making any Fraudulent Request (i.e., check request
                                                             10 DAYS LOSS OF PRIVILEGES
    0                                                        10 DAYS LOSS OF GOOD TIME


          11/04/2017  GUILTY      11/24/2017  NO                                     MODERATE
          RECEIVING Category 2 Contraband
                                                             7 DAYS LOSS OF PRIVILEGES
    0                                                        7 DAYS LOSS OF GOOD TIME
```

```
DISP006.rpt              R.I. DEPARTMENT OF CORRECTIONS              DATE: 12/31/2018

                         INMATE DISCIPLINE HISTORY REPORT            PAGE   06

ID: 086429  RICHARD L PAIVA        HS   LOC: A A16B      D.O.B. 10/10/1972

   LGT    BOOK--DATE  FINDING     FIND--DATE  ------INMATE APPEAL------     --SEVERITY CODES--
          INFRACTION(S)                        BOARD ACTION

          01/08/2018  GUILTY      01/09/2018  YES    DENIED   01/16/2018    HIGHEST(NON-PREDATOR
          Purposely misleading an investigation by RIDOC Ins
                                                              30 DAYS DISCIPLINARY CONFINEMENT
    0                                                         30 DAYS LOSS OF GOOD TIME


          01/08/2018  GUILTY      01/09/2018  YES    DENIED   01/19/2018    HIGHEST(NON-PREDATOR
          Threatening an Employee or His/Her Family with Bod
                                                              30 DAYS DISCIPLINARY CONFINEMENT
    0                                                         30 DAYS LOSS OF GOOD TIME


                         TOTAL BOOKINGS THIS INMATE:                  46
```

Richard Paiva, 86429
P.O. Box 8200
Cranston, RI
02920

U.S. District Court
One Exchange Terrace
Providence, RI
02903

02900-177999