Richard Paiva, 86429
ACI-High Security
P.O. Box 8200
Cranston, RI
02920

April 1, 2019

Re: Paiva v. RIDOC,
    C.A. No. 17-014-JJM

Dear Clerk:

I received a "Notice of Hearing" today, advising me that a hearing is scheduled on the above entitled matter for April 30, 2019 at 10:00 AM. I also received a copy of the "writ of Habeas Corpus", which identifies the April 30, 2019 hearing being at 2:00 PM.

Can you please clarify the correct time for the said hearing. Thank you very much.

sincerely,
Richard Paiva

cc: Michael Grant, Esq.

Richard Paiva, 86429
P.O. Box 8200
Cranston, RI
02920

U.S. District Court
One Exchange Terrace
Providence, RI
02903

