United States District Court
For The District of Rhode Island

Richard Paiva

2019 APR 22 P 12:23

V,

C.A. NO. 17-014-JJM

R.I. Dept. of Corrections

## Objection To Defendants Motion To Continue The April 30, 2019 Hearing Date

Now comes the plaintiff, Richard Paiva, and hereby objects to the defendants request to continue the April 30, 2019 hearing date set for his Motion For Contempt.

Furthermore, plaintiff objects to the defendants eleventh hour request to file yet another supplemental objection to his motion for Contempt. Defendant has already filed several objections / supplemental objections.

Plaintiff respectfully moves this Honorable Court to deny defendants request to continue the hearing and to file yet another supplemental objection at the eleventh hour.

Respectfully submitted,

Richard Paiva
Richard Paiva, pro se
ACI-High Security
P.O. Box 8200
Cranston, R I
02920

## Certification

I hereby certify that I sent a true
copy of the enclosed, on this 18th
day of April, 2019, to the following:

Michael Grant, Esq.
40 Howard Avenue
Cranston, R I
02920

Richard Paiva
Richard Paiva,
pro se

(2)

United States District Court
For The District of Rhode Island

Richard Paiva

2019 APR 22 P 12:23

V.                              C.A. No. 17-014-JJM

R.I. Dept. of Corrections

## Memorandum of Law in Support

Plaintiff strongly objects to the defendants request to continue the April 30, 2019 show Cause Hearing, and to file yet another supplemental objection, on the grounds that he would be prejudiced by having to respond/reply to yet another supplemental objection. Additionally, defendants requests should be denied on the grounds that the requests are being made in the eleventh hour.

Defendant has already filed a supplemental objection, and now the defendant is attempting to file yet another supplemental objection just days before the scheduled April 30, 2019 hearing.

WHEREFORE, plaintiff respectfully moves this Honorable Court to deny defendants

motion in its entirety.

Respectfully submitted,

Richard Paiva
Richard Paiva, pro se
ACI-High Security
P.O. Box 8200
Cranston, R I
02920

## Certification

I hereby certify that I sent a true
copy of the enclosed, on this 18th
day of April 30, 2019, to the following:

Michael Grant, Esq.
40 Howard Avenue
Cranston, R I
02920

Richard Paiva
Richard Paiva,
pro se

(2)