UNITED STATES DISTRICT COURT
DISTRICT RHODE ISLAND

| | |
|---|---|
| RICHARD PAIVA<br><br>v.<br><br>RHODE ISLAND DEPARTMENT OF CORRECTIONS | Case Number: 17-MC-00014-JJM |

## WITHDRAWAL OF DOCKETS NO. 73 AND 74

Plaintiff, Richard Paiva, by and through his counsel, hereby withdraw filings #73 and #74 on the docket as the matters therein addressed have been resolved by the parties.

By his attorneys,

/s/ Lynette Labinger_____
Lynette Labinger #1645
128 Dorrance St., Box 710
(401) 465-9565
ll@labingerlaw.com

/s/ Sonja L. Deyoe_____
Sonja L. Deyoe #6301
395 Smith Street
Providence, RI 02908
(401) 864-5877
(401) 354-7464 (Fax)
sld@the-straight-shooter.com

Cooperating counsel,
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF RHODE
ISLAND

## CERTIFICATION

I hereby certify that on 28th day of August 2020, a true copy of this document was delivered electronically using the CM/ECF system to all counsel of record.

 /s/Sonja L Deyoe
Sonja L Deyoe #6301