# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **RICHARD LEE PAIVA**, *pro se*,<br>    *Petitioner,*<br><br>v.<br><br>**RHODE ISLAND DEPARTMENT OF CORRECTIONS**,<br>    *Respondent.* | C.A. No. 1:17-mc-0014-JJM |

## RIDOC'S OBJECTION TO NON-PARTY MOTION

Now comes the Defendant, Department of Corrections, and objects to the Non-Party Motion, ECF 89.  As a non-party, the movant lacks standing.  More important, the movant claims that the Department of Corrections has failed to comply with this Court's January 28, 2020 Order reinstating the Morris Rules, but this Court's subsequent order (attached) stayed the reinstatement of the Morris Rules, pending further order of the Court.  The stay remains in effect.

Wherefore, Defendant prays the motion is denied.

        Respectfully Submitted,

        Defendant,
        RHODE ISLAND DEPARTMENT OF
        CORRECTIONS
        By Its Attorney,

        PETER F. NERONHA
        ATTORNEY GENERAL

        */s/ Michael W. Field*
        Michael W. Field, Bar No. 5809
        Assistant Attorney General
        R.I. Office of the Attorney General
        150 South Main Street
        Providence, RI 02903

Tel: (401) 274-4400 x 2380<br>
Fax: (401) 222-2995<br>
mfield@riag.ri.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on Monday, December 06, 2021 I filed the within document via the ECF filing system and that a copy is available for viewing and downloading to:

Lynette J. Labinger
LL@labingerlaw.com
brownaclu@aol.com

Natalia N. Friedlander
nfriedlander@centerforjustice.org

Sonja L. Deyoe
sld@the-straight-shooter.com
jl@the-straight-shooter.com

I further certify that on Monday, December 06, 2021 I mailed a true and accurate copy of the within document via U.S. mail, postage prepaid, to the following:

Bryan Sevegny
#135880
Adult Corrections Institute
P.O. Box 8200
Cranston, RI 02920

/s/ Karen M. Ragosta